McCRIMMON v. N. C. MUTUAL LIFE INS. CO.

No. 431P84.

Case below: 69 N.C. App. 683.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 October 1984.

McDANIEL v. N. C. MUTUAL LIFE INS. CO.

No. 526P84.

Case below: 70 N.C. App. 480.

Petition by defendant for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 2 October 1984.

McNAIR CONSTRUCTION CO. v. FOGLE BROS. CO.

No. 257P84.

Case below: 64 N.C. App. 282.

Petition by third party defendant (Lifetime Doors, Inc.) for discretionary review under G.S. 7A-31 denied 2 October 1984.

MILLER v. KITE

No. 479PA84.

Case below: 69 N.C. App. 679.

Appeal by defendant based on substantial constitutional question allowed and petition for discretionary review under G.S. 7A-31 denied 2 October 1984.

PEOPLES v. CONE MILLS CORP.

No. 460PA84.

Case below: 69 N.C. App. 263.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 October 1984.